**Steven R. BLAIR, Appellant,**

v.

**CITY OF OMAHA, et al., Appellees.**

No. 11–2014.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 15, 2012.

Filed: March 22, 2012.

Steven R. Blair, Omaha, NE, pro se.

Alan M. Thelen, Timothy G. Himes, Sr., City Attorney's Office, Omaha, NE, for Appellees.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Steven Blair appeals the district court's [1] dismissal of two private individuals, Patty Dory and Lori Anzaldo, who were named as defendants in his 42 U.S.C. § 1983 action.[2] After careful review, we conclude that the claims in question are precluded by the doctrine of res judicata, as these defendants were dismissed with prejudice in a prior action brought by Blair. *Blair v. Anderson*, D. Neb. No. 4:04–cv–03229,

1. The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.

2. Dory and Anzaldo were incorrectly identified in the case caption as district court judges. We previously summarily affirmed the dismissal of two other defendants, and Blair waived his claims against the remaining appellees.

R. Docs. No. 42, 57.  Accordingly, we affirm, and we deny all pending motions.